UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLISON BRIDGES,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES MARSHAL SERVICE,<br><br>       Defendant. | Civil Action No. 25-2501 (TSC) |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, the United States Marshal Service ("Defendant"), by and through undersigned counsel, respectfully moves to extend the deadline until October 8, 2025, to respond to the Complaint in this action filed by Allison Bridges ("Plaintiff"). The grounds for this motion are as follows.

1.      Plaintiff submitted a Freedom of Information Act request seeking records "pertaining to her father, James Allen Bridges [who] died in the custody of USMS at the Robert A. Deyton Detention Facility in Lovejoy, Georgia, a private facility run by GEO Group pursuant to a services contract with USMS." *See generally* ECF No. 1. Plaintiff now seeks judicial review of Defendant's handling of this FOIA request.

2.      This action was assigned to the undersigned late last week. Defendant is, however, constrained to request this enlargement due to the press of preexisting litigation deadlines arising from a significant uptick in the number of cases being handled by the Civil Division and to confer with Agency Counsel.

- 2 -

3.      Considering the foregoing, the undersigned has not had enough time to digest the claims Plaintiff raises and requires a reasonable period of additional time to familiarize himself with Plaintiff's claims.  Defendant proposes this extension in good faith and not for the purpose of delay.  Granting the requested extension will not impact any other deadlines.

4.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff who graciously consented to this requested enlargement.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including October 8, 2025.  A proposed order is enclosed herewith.

Dated:  September 8, 2025            Respectfully submitted,
        Washington, DC

                                    JEANINE FERRIS PIRRO
                                    United States Attorney

                                    By:        */s/ Kenneth Adebonojo*
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202)252-2562

                                    *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLISON BRIDGES,

      Plaintiff,

    v.                                                                                   Civil Action No. 25-2501 (TSC)

UNITED STATES MARSHAL SERVICE,

      Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including October 8, 2025, to respond to the Complaint in this action.

SO ORDERED:

_____                                 _____

Dated                                                                                    HON. TANYA S. CHUTKAN
                                                                                         United States District Judge