UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON BRIDGES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES MARSHAL SERVICE,<br><br>　　　　Defendant. | Civil Action No. 25-2501 (TSC) |

## STIPULATION OF DISMISSAL

Plaintiff is now satisfied with Defendant's production in this FOIA matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal with prejudice of the above-captioned action.

Dated:  January 9, 2026
　　　　 Washington, DC

_____*James Slater*_____
JAMES SLATER
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
Tel. (404) 458-7283
james@slater.legal

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Kenneth Adebonojo*_____
　　　KENNETH ADEBONOJO
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202)252-2562

*Attorneys for the United States of America*